## United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Jerome P Smith | ) | Chapter 13 |
| Denise M Smith | ) | Case No. 19 B 36155 |
| Debtor(s) | ) | Judge David D. Cleary |

## Notice of Motion/Certificate of Service

Jerome P Smith
Denise M Smith
2008 Dodge Ave Apt 2
Evanston, IL  60201

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On January 27, 2020 at  9:00 am, I will appear at the location listed to the right, and present this motion, a copy which is hereby served upon you.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, January 17, 2020.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Objection to Discharge

Comes now Marilyn O. Marshall, Standing Trustee, and requests that the Court enter an Order denying the debtors' discharge pursuant to 11 U.S.C. §1328(f) and Rule 4004, and in support thereof respectfully states the following:

1. Debtors filed for Chapter 13 relief on December 24, 2019.

2. Previous to the case at bar the following case was filed:

| Case Number | Debtor Name | Filed Date | Discharged Date |
|---|---|---|---|
| 1:2017bk11935 | Smith, Jerome P (db) (title: Jerome P | 04/14/2017 | 08/01/2017 |
| 1:2006bk16150 | Smith, Jerome P (db) (title: Jerome P | 12/07/2006 | 03/16/2007 |
| 1:2017bk11935 | Smith, Denise M (jdb) (title: Jerome P | 04/14/2017 | 08/01/2017 |
| 1:2006bk16150 | Edmonds-Smith, Denise (jdb) (title: J | 12/07/2006 | 03/16/2007 |
| 1:2006bk16150 | Smith, Denise M (jdb) (title: Jerome P | 12/07/2006 | 03/16/2007 |

3. Debtors received a discharge in the Chapter 7 case that was filed within 4 years of the filing of the present case.

4. Because both debtors received a discharge in a case filed within the preceding time frame, both debtors are not entitled to a discharge in this case.

WHEREFORE, the Trustee prays that this Court enter an Order denying the debtors' discharge, and for any and all other relief this Court deems just and proper.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>224 S Michigan Ave<br>Ste 800<br>Chicago, IL  60604<br>(312) 431-1300 | /s/ MARILYN O. MARSHALL<br>MARILYN O. MARSHALL, TRUSTEE |