UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-36155
Jerome P Smith )
Denise M Smith )
) Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

## Order Denying Discharge

This matter coming before the Court on Trustee's Motion, due notice having been given, IT IS HEREBY ORDERED: Debtor shall not be granted a discharge in this case.

Enter:

*/s/ David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: January 27, 2020

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300